# EXHIBIT 1

**US bank** CASHIER'S CHECK No. 0438509511

092-900
383

DATE: December 14, 2020

PAY FOUR THOUSAND DOLLARS AND 00 CENTS

$ 4,000.00

TO THE ORDER OF: RUSHMORE LOAN MANAGEMENT SERVICES

MEMO: ACT #

Location: 438 Bennetts Corner

U.S. Bank, National Association
Minneapolis, MN 55480

AUTHORIZED SIGNATURE

---

1250H

Confidential

Jessica Salisbury-Copper ESQ.
Amy Thompson - Htung
10050 Innovation Dr. #400
Dayton, Ohio 45342-4934

Timothy Richissin
3632 Berkeley Ln.
Brunswick, OH 44212