# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Timothy J. Richissin, et al.** ) ) ) | Case No. **1:21-cv-01248-PAB** |
| v. ) | |
| **Rushmore Loan Management Services LLC, et al.** ) ) ) | Corporate Disclosure Statement |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**U.S. Bank Trust National Association, as Trustee**.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __X__ Yes    _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   **US Bancorp (a publicly traded corporation) is the parent corporation of U.S. Bank Trust National Association, as Trustee.**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes    __X__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   

**/s/ Jessica E. Salisbury-Copper**            **August 26, 2021**

(Signature of Counsel)                          (Date)

## **CERTIFICATE OF SERVICE**

I certify that on August 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marc E. Dann
Daniel M. Solar
Michael A. Smith
Brian D. Flick
DannLaw
P.O. Box 6031040
Cleveland, Ohio 44103

                                      /s/Jessica E. Salisbury-Copper
                                      Jessica E. Salisbury-Copper