So ordered.
*s/ Pamela A. Barker*
PAMELA A. BARKER
UNITED STATES
DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| TIMOTHY J. RICHISSIN, *et al.*, | Civil Case No. 1:21-cv-01248-PAB |
| Plaintiffs, | |
| v. | Judge Pamela A. Barker |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, *et al.*, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), Plaintiffs Timothy J. Richissin and Heidi C. Richissin, with consent of counsel for Defendant Rushmore Loan Management Services LLC and U.S. Bank Trust National Association, as Trustee for the Loan Acquisition Trust 2017-RPL1, by and through counsel, hereby give notice of voluntary dismissal *with prejudice* as to all claims against Defendants Rushmore Loan Management Services LLC and U.S. Bank Trust National Association, as Trustee for the Loan Acquisition Trust 2017-RPL1.

1